UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| HOWARD TRAVIS, | ) | |
| | ) | CASE NO. 3:21-cv-00146 |
| Plaintiff, | ) | |
| | ) | JUDGE THOMAS M. ROSE |
| v. | ) | Magistrate Judge Peter B. Silvain, Jr. |
| | ) | |
| J. RETTENMAIER USA, LP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Howard Travis and Defendants J. Rettenmaier USA, LP, *et al.*, by and through their counsel of record, hereby stipulate and agree that, following a voluntary settlement agreement, Plaintiff's claims against Defendants in the above matter should be dismissed with prejudice, with Plaintiff and Defendants each to bear their own costs and attorneys' fees.

|  |  |
|---|---|
|  | MILLER JOHNSON<br>Attorneys for Defendants |
| Dated: January 26, 2022 | By */s/ Keith E. Eastland*<br>    Keith E. Eastland |
|  | THE SPITZ LAW FIRM, LLC<br>Attorneys for Plaintiff |
| Dated: January 26, 2022 | By */s/ Matthew G. Bruce (w/ permission)*<br>    Matthew G. Bruce |

1

MJ_DMS 33958110v1